ORIGINAL

xiocheninfo

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>XIAO PING CHEN,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00016<br><br>**INFORMATION**<br><br>**UNLAWFUL ENTRY BY ALIEN**<br>[8 U.S.C. § 1325(a)(1)]<br>(Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, XIAO PING CHEN, who was then and there an alien, did knowingly and unlawfully enter the United States, at a point near Urunao, Guam, which said time and place was then and there other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 18, United States Code, Section 1325(a)(1).

Dated this 7th day of September 2006.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI


By: _____
      FREDERICK A. BLACK
      Assistant U.S. Attorney