# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Docket Number **06 - 00016**

Superseding Indictment _____
Same Defendant __X__    New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Xiao Ping Chen_____

Allisas Name _____

Address _____

Birthdate __XX/XX/1977__  SS# __N/A__  Sex __M__  Race __A__  Nationality __Chinese__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

**Interpreter:** _____ No __X__ Yes    List language and/or dialect: __Mandarin__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**
SEP - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: ___1___    _____ Petty __X__ Misdemeanor _____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 U.S.C. § 1325(a)(1) | UNLAWFUL ENTRY BY ALIEN | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __9-7-06__    Signature of AUSA: __Fred A. Black__