ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>XIAO PING CHEN,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00016<br><br>**ERRATUM**<br><br>**INFORMATION** |

COMES NOW the United States and hereby files with the Court an Erratum to correct the filed information in the above case, to reflect the correct Title 8, United States Code, Section 1325(a)(1) versus Title 18, United States Code, Section 1325(a)(1).

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Frederick A. Black_
FREDERICK A. BLACK
Assistant U.S. Attorney