# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00016　　　　　　　　　　DATE: September 18, 2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Cecilia Flores |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:46:41 - 3:02:40 |
| CSO: B. Benavente | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Xiao Ping Chen | Attorney: William Gavras |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Frederick A. Black | U.S. Agent: Mike Hernandez, B.I.C.E. |
| U.S. Probation: Christopher Duenas | U.S. Marshal: C. Marquez / G. Perez |
| Interpreter: Foo Mee Chun Clinard | Language: Mandarin |

**PROCEEDINGS: Initial Appearance re Information and Plea**
- Defendant sworn and examined.
- Plea entered: Guilty to Unlawful Entry by Alien.
- Sentencing set for: January 8, 2007 at 10:30 a.m.
- Presentence Report due to the parties: November 10, 2006.
- Presentence Report due to the Court: December 22, 2006.
- Defendant to remain in the custody of the U.S. Marshals Service as previously ordered in CR-06-00023.

NOTES: