

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>XIAO PING CHEN,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00016<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 7, 2006.

Dated this 18th day of September, 2006.

                                                                     _____
                                                                     JOAQUIN V. E. MANIBUSAN, JR.
                                                                     MAGISTRATE JUDGE
                                                                     U.S. DISTRICT COURT OF GUAM

ORIGINAL