ORIGINAL

William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
XIAO PING CHEN



**FILED**
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>XIAO PING CHEN,<br><br>  Defendant.<br>_____/ | MAGISTRATE CASE NO.<br>06-00016<br><br><br><br>DEFENDANT'S OBJECTIONS<br>TO PRESENTENCE<br>INVESTIGATION REPORT |

COMES NOW, Defendant and hereby submits his objections to the Presentence Investigation Report as follows:

1. Defendant objects under Identifying Data the following:

    a. under Dependants – Defendant states there are two dependants to include his two month old daughter;

    b. under Scars – Defendant states there is a scar on his left leg as a result of being beaten in a fight;

    c. under Marks – Defendant states there is a dime size red mark on the left forearm.

2. Defendant objects under Defendant's Characteristics – Employment History, and states:

    a. From September 1998 to November 2003 he was employed as a cook in Shanghai;

    b. From March 2004 to September 2004 he was employed as a cook in Guang Zhou.

    c. From February 2005 to January 2006 he was employed as a long distance bus driver in Jiang Xi.

    d. January 2006 – unemployed.

3. Defendant objects to paragraph 38 and states that he has a scar on his left leg as a result of being beaten and not bitten by another person during a fight in 2001.

4. Defendant objects to paragraph 40 and states that he is a social drinker.

LAW OFFICES OF GORMAN & GAVRAS

Dated: November 22, 2006.

BY: /s/ WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
XIAO PING CHEN

//

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney and the U.S. Probation Office, a true and correct copy of this document on or before November 22, 2006.

Dated: November 22, 2006.

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
XIAO PING CHEN