# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-06-00016-001　　　　　　　　　　DATE: January 08, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:31:53 - 10:40:52
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Xiao Ping Chen　　　　　　　　　　Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　　　U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard　　　　　Language: Mandarin

**PROCEEDINGS: Sentencing**

- Government's oral motion to omit the recommendation of community service was granted by the Court.
- Defendant sentenced to probation for a term of <u>two years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:
```
The Court instructed Government counsel to submit the necessary pleadings for dismissal in
CR-06-00023, pursuant to the plea agreement in this case.
```